| Department | County Civil | Division | CC-P |
|---|---|---|---|
| Case Status | OPEN | File Date | 5/7/2021 4:41:57 PM |
| Judge Name | KITE, LONDON M. | Officer | |
| Private Attorney | Patti, Thomas John III | | |

**Parties**

| Name / DOB / DL / ID # | Party Type<br>Race / Sex | Address |
|---|---|---|
| SILVESTRE MONTILLA | PLAINTIFF<br>/ | 110 S.E. 6TH STREET<br>17TH FLOOR<br>FORT LAUDERDALE, FL33301 |
| CMRE FINANCIAL SERVICES INC | DEFENDANT<br>/ | 115 NORTH CALHOUN STREET SUITE 4<br>TALLAHASSEE, FL32301 |

**Attorneys**

| Attorney | Address | For Parties |
|---|---|---|
| Patti, Thomas John III<br>Private Attorney (118377) | 110 SE 6th St Fl 17<br>Fort Lauderdale, FL33301-5047 | SILVESTRE MONTILLA (PLAINTIFF) |

**Fees**

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 05/11/2021 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 05/11/2021 | CO/CLAIMS >$2500 <=$15,000 1/1/2020 | $300.00 | $300.00 | $0.00 |

**Dockets**

| Line / Document | Count | Effective<br>Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 | -- | 5/7/2021<br>5/11/2021 | COMPLAINT ON CONTRACT OR OTHER DEBT - $8000 - $15000 | | |
| 2<br>D2 | -- | 5/7/2021<br>5/11/2021 | COVER SHEET | 3 | Available<br>VOR, Ready to view |
| 3<br>D3 | -- | 5/7/2021<br>5/11/2021 | COMPLAINT FOR DAMAGES | 10 | Available<br>VOR, Ready to view |
| 4<br>D4 | -- | 5/7/2021<br>5/11/2021 | REQUEST TO PRODUCE OF DOCUMENTS | 5 | Available<br>VOR, Ready to view |
| 5<br>D5 | -- | 5/7/2021<br>5/11/2021 | NOTICE OF SERVICE OF INTERROGATORIES - PLTFS. | 6 | Available<br>VOR, Ready to view |
| 6<br>D6 | -- | 5/7/2021<br>5/11/2021 | SUMMONS ISSUED - CMRE FINANCIAL SERVICES, INC. | 2 | Available<br>VOR, Ready to view |
| 7<br>D7 | -- | 5/11/2021<br>5/11/2021 | CASE FEES PAID: $310.00 ON RECEIPT NUMBER 3886068 | 1 | Available<br>Public access |